UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Abdul Karim Hassan

       Plaintiff

v

State of Iowa, and Matt Schultz, in His Official Capacity as Iowa Secretary of State

       Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:11-cv-574

☐ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☉ DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Motion to dismiss is granted. Judgment in favor of defendants and against plaintiff.

Date: April 27, 2012

CLERK, U.S. DISTRICT COURT

*Susan Crocker*

By: Deputy Clerk