## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 12-2037

Abdul Karim Hassan

Appellant

v.

State of Iowa and Matt Schultz, Secretary of State

Appellees

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:11-cv-00574-REL)
_____

**MANDATE**

In accordance with the opinion and judgment of 11/21/2012, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 12, 2012

Clerk, U.S. Court of Appeals, Eighth Circuit